UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, et al.,<br><br>Plaintiff(s),<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, et al.,<br><br>Defendant(s). | Case No. 2:15-cv-01276-RFB-NJK<br><br>ORDER |

Pending before the Court is a proposed discovery plan seeking one year to conduct discovery. Docket No. 26. The presumptively reasonable discovery period is 180 days. *See, e.g.*, Local Rule 26-1(e)(1). The primary reason provided by the parties for doubling the presumptively reasonable discovery period is that counsel are all litigating many similar lawsuits. *See* Docket No. 26 at 2. That is not good reason to extend the discovery period. *See, e.g.*, *Nationstar Mortgage LLC v. Aurora Canyon Homeowners Association*, Case No.2:15-cv-1308-MMD-NJK (D. Nev. Aug. 21, 2015) (Docket No. 26) (citing *Greene v. Alhambra Hosp. Med. Ctr.*, 2015 U.S. Dist. Lexis 72697, *3 (D. Nev. June 3, 2015)). The parties next assert that "[a]dditional time is also needed to locate and produce all relevant documents and to conduct depositions and other discovery that may be required." Docket No. 26 at 2. Such a bald statement that discovery needs to be conducted is plainly insufficient to extend the presumptively reasonable discovery period.

As such, the proposed discovery plan is hereby **DENIED**. The parties shall file, no later than September16, 2015, an amended discovery plan providing a discovery period of 180 days calculated from the date the first defendant answered.

IT IS SO ORDERED.

DATED: September 9, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge

2