UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>            Plaintiff(s),<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, et al.,<br><br>            Defendant(s). | Case No. 2:15-cv-01276-RFB-NJK<br><br>ORDER<br><br>(Docket No. 37) |

      Pending before the Court is a renewed motion for protective order filed by Plaintiff. Docket No. 37. The motion relates to a deposition scheduled for February 24, 2016. *See id.* at 1. Any response must be filed no later than 9:30 a.m. on February 22, 2016. Such response shall address the following: (1) whether the Court should stay the deposition pending briefing and resolution of the motion for protective order; (2) whether the motion was properly brought on an emergency basis and/or whether the motion should be deemed untimely; and (3) the merits of the motion generally.

      IT IS SO ORDERED.

      DATED: February 19, 2016

                                                                           NANCY J. KOPPE<br>                                                                          United States Magistrate Judge