UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>　　　　　　　Plaintiff(s),<br><br>vs.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION, et al.,<br><br>　　　　　　　Defendant(s). | Case No. 2:15-cv-01276-RFB-NJK<br><br>ORDER<br><br>(Docket No. 43) |

　　　Pending before the Court is a motion for protective order filed by Plaintiff on an emergency basis regarding a deposition set to commence tomorrow, February 24, 2016. Docket No. 43. The deposition shall continue as scheduled with respect to the deposition topics addressed in the previously-filed motion for protective order: Topics Six, Seven, Eleven and Twelve. *See* Docket No. 37 at 8-10. In all other respects, the deposition is vacated pending resolution of the pending motion. Any response to the pending motion shall be filed no later than March 2, 2016, and any reply shall be filed no later than March 7, 2016.

　　　IT IS SO ORDERED.

　　　DATED: February 23, 2016

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge