ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Deutsche Bank National Trust Company, as Trustee, in Trust for the Certificate Holders of Harborview Mortgage Loan Trust Series 2005-7, Mortgage Pass-Through Certificates Series, 2005-7, Nationstar Mortgage, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST SERIES 2005-7, MORTGAGE PASS-THROUGH CERTIFICATES SERIES, 2005-7, | Case No.: 2:15-cv-01276-RFB-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER** |
| v. | **(FIRST REQUEST)** |
| SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL I, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |
| SFR INVESTMENTS POOL I, LLC, a Nevada limited liability company, | |
| Counter/crossclaimant, | |
| v. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST SERIES 2005-7, MORTGAGE PASS-THROUGH CERTIFICATES SERIES, 2005-7; BANK OF AMERICA, N.A., a national association; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; EDGAR N. CONSTANTINO, SR, an individual,   and ELIZABETH CONSTANTINO, an individual, | |
| Counter/crossdefendants. | |

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Deutsche Bank National Trust Company, as trustee, in trust for the certificate holders of Harborview Mortgage Loan Trust Series 2005-7, Mortgage Pass-Through Certificates Series, 2005-7 (**Deutsche Bank**), SFR Investments Pool 1, LLC (**SFR**), and Southern Highlands Community Association (**Southern Highlands**), by and through their respective counsel, hereby stipulate and agree to extend the joint pretrial order deadline by twenty-one (21) days, to **November 20, 2020.**

The Court entered an order granting SFR's motion for reconsideration on September 30, 2020. (ECF No. 109).  Based on this order, the deadline to file a joint pretrial order is currently October 30, 2020.  The parties are working on a draft joint pretrial order but require additional time to fully and accurately complete their respective portions.  Further, counsel for SFR and BoNYM have had numerous appellate and dispositive briefs recently due in other matters, which has impacted their ability to schedule a time to meet and confer regarding potential stipulations in the joint pretrial order.  The parties therefore respectfully request an additional twenty-one (21) days to submit a joint pretrial order.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

55207511;1

1    This is the parties' first request to extend the joint pretrial order deadline.  This request is not

2  made to cause delay or prejudice to any party.

3  DATED: October 29, 2020.

| AKERMAN LLP | KIM GILBERT EBRON |
|---|---|
| /s/ Nicholas E. Belay | /s/ Karen L. Hanks |
| ARIEL E. STERN, ESQ. | DIANA S. EBRON |
| Nevada Bar No. 8276 | Nevada Bar No. 10580 |
| NICHOLAS E. BELAY, ESQ. | JACQUELINE A. GILBERT |
| Nevada Bar No. 15175 | Nevada Bar No. 10593 |
| 1635 Village Center Circle, Suite 200 | KAREN L. HANKS |
| Las Vegas, Nevada 89134 | Nevada Bar No. 9578 |
| Telephone:  (702) 634-5000 | 7625 Dean Martin Drive, Suite 100 |
| | Las Vegas, Nevada 89139 |
| *Attorneys for Deutsche Bank* | Telephone: (702) 485-3300 |
| | *Attorneys for SFR Investments Pool 1, LLC* |

| ALVERSON TAYLOR & SANDERS |
|---|
| /s/ Alexander P. Williams |
| KURT R. BONDS, ESQ. |
| Nevada Bar No. 6228 |
| ALEXANDER P. WILLIAMS, ESQ. |
| Nevada Bar No. 14644 |
| 6605 Grand Montecito Parkway, Ste. 200 |
| Las Vegas, Nevada 89149 |
| Telephone:  (702) 384-7000 |
| |
| *Attorneys for Southern Highlands Community Association* |

## COURT APPROVAL

IT IS SO ORDERED.  The joint pretrial order deadline  is extended by twenty-one (21) days, to November 20, 2020.

DATE: October 30, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
Case No.: 2:15-cv-01276-RFB-NJK

55207511;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572