ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for Deutsche Bank National Trust Company, as Trustee, in Trust for the Certificate Holders of Harborview Mortgage Loan Trust Series 2005-7, Mortgage Pass-Through Certificates Series, 2005-7, Bank of America, N.A., and Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST SERIES 2005-7, MORTGAGE PASS-THROUGH CERTIFICATES SERIES, 2005-7,<br><br>Plaintiff,<br>v.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL I, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:   2:15-cv-01276-RFB-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

55114112;4

SFR INVESTMENTS POOL I, LLC, a Nevada limited liability company,

Counter/crossclaimant,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST SERIES 2005-7, MORTGAGE PASS-THROUGH CERTIFICATES SERIES, 2005-7; BANK OF AMERICA, N.A., a national association; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; EDGAR N. CONSTANTINO, SR, an individual, and ELIZABETH CONSTANTINO, an individual,

Counter/crossdefendants.

Deutsche Bank National Trust Company, as Trustee, in Trust for the Certificate Holders of Harborview Mortgage Loan Trust Series 2005-7, Mortgage Pass-Through Certificates Series, 2005-7, Bank of America, N.A., and Nationstar Mortgage LLC provide notice that Lilith V. Xara is no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for Deutsche Bank National Trust Company, as Trustee, in Trust for the Certificate Holders of Harborview Mortgage Loan Trust Series 2005-7, Mortgage Pass-Through Certificates Series, 2005-7, Bank of America, N.A., and Nationstar Mortgage LLC. All, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Scott D. Lachman, Esq. and Donna M. Wittig, Esq.

Dated: February 2nd 2024.

**AKERMAN LLP**

 */s/ Donna M. Wittig*
ARIEL E. STERN, ESQ. (NV Bar No. 8276)
SCOTT R. LACHMAN, ESQ. (NV Bar No. 12016)
DONNA M. WITTIG, ESQ. (NV Bar No. 11015)
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Deutsche Bank National Trust Company, as Trustee, in Trust for the Certificate Holders of Harborview Mortgage Loan Trust Series 2005-7, Mortgage Pass-Through Certificates Series, 2005-7, Bank of America, N.A., and Nationstar Mortgage LLC*

IT IS SO ORDERED.
Dated:  February 5, 2024
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

2

55114112;4