KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE IN TRUST FOR THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST SERIES 2005-7, MORTGAGE PASS-THROUGH CERTIFICATES SERIES, 2005-7,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:15-cv-01276-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO RULE 59 and 60 MOTIONS**<br><br>**(SECOND REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/crossclaimant,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST SERIES 2005-7, MORTGAGE PASS-THROUGH CERTIFICATES SERIES, 2005-7; BANK OF AMERICA, N.A., a national association; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; EDGAR N. CONSTANTINO, SR., an | |

1  individual, and ELIZABETH CONSTANTINO, an individual,

2                    Counter/crossdefendants.

3

4   Deutsche Bank National Trust Company, as Trustee in Trust for the Certificate Holders of Harborview Mortgage Loan Trust Series 2005-7, Mortgage Pass Through Certificates Series 2005-7, Bank of America, N.A. and Nationstar Mortgage, LLC ("Bank") and SFR Investments Pool 1, LLC hereby stipulate and agree that SFR shall have until December 6, 2024 to file its response to Bank's MOTION TO ALTER OR AMEND JUDGMENT UNDER RULE 59 (ECF 163); MOTION FOR RELIEF FROM JUDGMENT UNDER RULE 60 (ECF 164); and MOTION FOR NEW TRIAL UNDER RULE 59 (ECF 165). The current deadline is November 22, 2024.

11  / / /
12  / / /
13  / / /
14  / / /
15  / / /
16  / / /
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

SFR requests the extension because Ms. Hanks had an emergency with her daughter on November 20, which took her out of the office unexpectedly. Ms. Hanks then has two conflicts the remainder of the week which includes a swearing-in ceremony for her pro temp judge position with the Las Vegas Justice Court and a hearing before this Court in another matter. Then Ms. Hanks will be out of the jurisdiction from November 23 through November 30. The request is not intended to cause any delay or prejudice to any party.

Dated this 20th day of November, 2024.

| AKERMAN LLP | HANKS LAW GROUP |
|---|---|
| /s/ Scott R. Lachman<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No.<br>12016 1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorney for Deutsche Bank National Trust Company, as Trustee in Trust for the Certificate Holders of Harborview Mortgage Loan Trust Series 2005-7, Mortgage Pass Through Certificates Series 2005-7, Bank of America, N.A. and Nationstar Mortgage, LLC* | /s/ Karen L. Hanks<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Attorney for SFR Investments Pool 1, LLC* |

**ORDER**

IT IS SO ORDERED.

**DATED:** November 21, 2024

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE