ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Deutsche Bank National Trust Company, as Trustee, in Trust for the Certificate Holders of Harborview Mortgage Loan Trust Series 2005-7, Mortgage Pass-Through Certificates Series, 2005-7, Bank of America, N.A., and Nationstar Mortgage LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST SERIES 2005-7, MORTGAGE PASS-THROUGH CERTIFICATES SERIES, 2005-7,<br><br>Plaintiff,<br>v.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL I, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:   2:15-cv-01276-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FILE REPLY SUPPORTING RULE 59 AND 60 MOTIONS**<br><br>**(SECOND REQUEST)** |
| SFR INVESTMENTS POOL I, LLC, a Nevada limited liability company,<br><br>Counter/crossclaimant,<br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST SERIES 2005-7, MORTGAGE PASS-THROUGH CERTIFICATES SERIES, 2005-7; BANK OF AMERICA, N.A., a national association; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; EDGAR N. CONSTANTINO, SR, an individual, and ELIZABETH CONSTANTINO, an individual,<br><br>Counter/crossdefendants | |

55114112;4

Deutsche Bank National Trust Company, as Trustee, in Trust for the Certificate Holders of Harborview Mortgage Loan Trust Series 2005-7, Mortgage Pass-Through Certificates Series, 2005-7, Bank of America, N.A., and Nationstar Mortgage LLC (collectively, **Bank Parties**) and SFR Investments Pool 1, LLC stipulate that the Bank Parties shall have until December 20, 2024 to reply supporting their rule 59 and 60 motions. ECF Nos. 163-65. The current deadline is December 12, 2024. This request is not intended to cause ay delay or prejudice to any party; rather, this request is made for two reasons: (1) Akerman LLP in the process of relocating offices, which could impact the filing of the reply brief, and (2) two attorneys are leaving the firm this week, which has created additional work for undersigned Bank Parties' counsel.

Dated this 9th day of December, 2024.

| **AKERMAN LLP** | **HANKS LAW GROUP** |
|---|---|
| */s/ Scott R. Lachman*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No.<br>12016 1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorney for Deutsche Bank National Trust Company, as Trustee in Trust for the Certificate Holders of Harborview Mortgage Loan Trust Series 2005-7, Mortgage Pass Through Certificates Series 2005-7, Bank of America, N.A. and Nationstar Mortgage, LLC* | */s/ Karen L. Hanks*<br>KAREN L. HANKS, ESQ.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br><br>*Attorney for SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED.**

**DATED:** December 10, 2024

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

2

55114112;4