KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
HANKS LAW GROUP
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE IN TRUST FOR THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST SERIES 2005-7, MORTGAGE PASS-THROUGH CERTIFICATES SERIES, 2005-7, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive, <br><br> Defendants. | Case No. 2:15-cv-01276-RFB-NJK <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY** <br><br> **(FIRST REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/crossclaimant, <br><br> v. <br><br> DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST SERIES 2005-7, MORTGAGE PASS-THROUGH CERTIFICATES SERIES, 2005-7; BANK OF AMERICA, N.A., a national association; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; EDGAR N. CONSTANTINO, SR., an | |

individual, and ELIZABETH CONSTANTINO,
an individual,

                Counter/crossdefendants.

Deutsche Bank National Trust Company, as Trustee in Trust for the Certificate Holders of Harborview Mortgage Loan Trust Series 2005-7, Mortgage Pass Through Certificates Series 2005-7, Bank of America, N.A. and Nationstar Mortgage, LLC ("Bank") and SFR Investments Pool 1, LLC hereby stipulate and agree that SFR shall have until February 19, 2025 to file its response to Bank's Motion for Leave to File Supplemental Authority (ECF 182). The current deadline is February 11, 2025.

SFR requests the extension because Ms. Hanks recently was appointed as a member of the Justice of the Peace Pro Tempore Panel and has been shadowing judges several days a week which cut into her time to draft the response. Ms. Hanks will also be out of the jurisdiction from February 14 through February 17, 2025. The request is not intended to cause any delay or prejudice to any party.

Dated this 10th day of February, 2025.

**AKERMAN LLP**

/s/ Scott R. Lachman
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorney for Deutsche Bank National Trust Company, as Trustee in Trust for the Certificate Holders of Harborview Mortgage Loan Trust Series 2005-7, Mortgage Pass Through Certificates Series 2005-7, Bank of America, N.A. and Nationstar Mortgage, LLC*

**HANKS LAW GROUP**

/s/ Karen L. Hanks
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorney for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED:**

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** This 10th day of February, 2025

- 2 -