**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TROY R. DICKERSON, ESQ.
Nevada Bar No. 9381
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST SERIES 2005-7, MORTGAGE PASS-THROUGH CERTIFICATES SERIES, 2005-7,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL I, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:   2:15-cv-01276-RFB-NJK |

**MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST**

Kurt R. Bonds, Esq., of the law firm Hall & Evans, LLC (the "firm"), as former counsel for <u>Southern Highlands Community Association,</u> (the "Party"), hereby submits this Motion for Order Granting Request for Removal from CM/ECF Service List as to Kurt R. Bonds, Esq. (the "Motion"). This Motion is made and supported by the following Memorandum of Points and Authorities.

1

KRB/20084-2

**MEMORANDUM OF POINTS AND AUTHORITIES**

Kurt R. Bonds, Esq., is no longer involved in this matter. ECF notices to Kurt R. Bonds, Esq., are no longer required; therefore, the Firm hereby submits this Motion for Order Granting Request for Removal from CM/ECF Service List as to Kurt R. Bonds, Esq.

DATED this 14th day of August, 2025.

HALL & EVANS, LLC

/s/Kurt R. Bonds
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TROY R. DICKERSON, ESQ.
Nevada Bar No. 9381
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION*

**ORDER**

**IT IS SO ORDERED.**

Dated: August 14, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2                    KRB/20084-2