SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15157
AKERMAN LLP
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: scott.lachman@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Deutsche Bank National Trust Company, as Trustee, in Trust for the Certificate Holders of Harborview Mortgage Loan Trust Series 2005-7, Mortgage Pass-Through Certificates Series, 2005-7, Bank of America, N.A., and Nationstar Mortgage LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST SERIES 2005-7, MORTGAGE PASS-THROUGH CERTIFICATES SERIES, 2005-7,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHERN HIGHLANDS COMMUNITY ASSOCIATION; SFR INVESTMENTS POOL I, LLC; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-01276-RFB-NJK<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

82759578;1

SFR INVESTMENTS POOL I, LLC, a Nevada limited liability company,

                Counter/crossclaimant,

v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR THE CERTIFICATE HOLDERS OF HARBORVIEW MORTGAGE LOAN TRUST SERIES 2005-7, MORTGAGE PASS-THROUGH CERTIFICATES SERIES, 2005-7; BANK OF AMERICA, N.A., a national association; NATIONSTAR MORTGAGE, LLC, a Delaware limited liability company; EDGAR N. CONSTANTINO, SR, an individual, and ELIZABETH CONSTANTINO, an individual,

                Counter/crossdefendants.

**TO:   ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Bank of America, N.A., provides notice that Ariel E. Stern, Esq., is no longer associated with the law firm of Akerman LLP.  Akerman LLP continues to serve as counsel for Bank of America, N.A. in this action.  All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed Scott R. Lachman, Esq. and Nicholas E. Belay, Esq.

DATED August 14, 2025.          **AKERMAN LLP**

                                          /s/ Scott R. Lachman
                                          SCOTT R. LACHMAN, ESQ. (NV Bar No. 12016)
                                          NICHOLAS E. BELAY, ESQ. (NV Bar No. 15157)
                                          1180 N. Town Center Dr., Suite 290
                                          Las Vegas, Nevada 89144

                                          *Attorneys for Bank Parties*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: August 18, 2025

                                          UNITED STATES MAGISTRATE JUDGE

82759578;1